BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>           Plaintiff,                             )<br>                                                             )<br>        v.                                              )<br>                                                             )<br> ANICETO ESCOBAR-RODRIGUEZ, )<br>                                                             )<br>           Defendant.                         )<br>_____) | No. CR-06-0002 MMC<br>       CR-98-0043 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING** |

   Having entered a guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326, defendant Aniceto Escobar-Rodriguez is scheduled to be sentenced by this Court on April 19, 2006.

   To avoid undue delay caused by a backlog of presentence reports in the Probation Office, both parties in this case agreed to waive preparation of a draft PSR. Accordingly, the first PSR disclosed to the parties was the final PSR, which was made available on April 5, 2006.

   In light of the late disclosure, defense counsel seeks an additional week to prepare the defendant's sentencing memorandum. The government does not object to the requested continuance. United States Probation Officer Jack Roberson has been consulted and is available on April 26, 2006.

CR 06-0002 MMC; STIP TO CONTINUE
SENTENCING                                                                                    1

| | |
|---|---|
| 1 | Accordingly, the parties agree and stipulate that the sentencing shall be continued to April 26, 2006 at 2:30 PM. |

IT IS SO STIPULATED.

Dated: 4/10/06

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 4/10/06

_____
KEVIN V. RYAN
United States Attorney
NAHLA RAJAN
Special Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the sentencing hearing presently scheduled for April 19, 2006 is hereby continued until April 26, 2006 at 2:30 PM.

IT IS SO ORDERED.

Dated:   April 11, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE